IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LAMONICA N. MILES, | § | |
| | § | |
| VS. | § | CIVIL ACTION No. 4:18-CV-696-O |
| | § | |
| DRIFTWOOD HOSPITALITY | § | |

### ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION, DENYING MOTION TO PROCEED IN FORMA PAUPERIS and, DIRECTING PLAINTIFF TO PAY FULL FILING AND ADMINISTRATIVE FEES

Before the Court is the complaint of pro se Plaintiff Lamonica N. Miles, along with the August 24, 2018 findings, conclusions, and recommendation of the United States Magistrate Judge regarding denial of her motion for leave to proceed in forma pauperis. The magistrate judge gave the Plaintiff until September 7, 2018, to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the findings, conclusions and recommendation. The Court concludes that, for the reasons stated by the magistrate judge, the motion to proceed in forma pauperis should be denied.

It is therefore **ORDERED** that the findings, conclusions and recommendation of the magistrate judge (ECF No. 5) are **ADOPTED**, and the motion to proceed in forma pauperis (ECF No. 2) is **DENIED**.

It is further **ORDERED** that if Plaintiff wishes to proceed with this action, she must pay to the clerk of Court the filing and administrative fees of $400.00[1] within seven (7) days of the date of this order. Plaintiff is advised that failure to timely pay the full filing and administrative fees to the

---

[1] In addition to the filing fee of $350, the District Court Miscellaneous Fee Schedule, effective May 1, 2013, requires payment of an administrative fee for filing a civil action in district court of $50. *See* 28 U.S.C.§ 1914(a) and District Court Miscellaneous Fee Schedule, note 14.

clerk of Court could result in the dismissal of this action without further notice pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED** this **16th day** of **October, 2018.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**