IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **LAMONICA N. MILES,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:18-cv-00696-O |
| **DRIFTWOOD HOSPITALITY,** | § § | |
| Defendant. | § § | |

## ORDER

The Court denied Plaintiff's motion for leave to proceed in forma pauperis in its October 16, 2018 Order (ECF No. 6). The Court ordered Plaintiff to pay the Clerk of Court the filing and administrative fees within seven (7) days of the date of the order. *See id*. Plaintiff did not do so.

When parties fail comply with a court order, the district court may *sua sponte* dismiss the action or claim pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. FED. R. CIV. P. 41(b); *Boudwin v. Graystone Ins. Co., Ltd.*, 756 F.2d 399, 401 (5th Cir. 1985). Accordingly, the Court **DISMISSES without prejudice** Plaintiff's claims against Defendant in the above styled case for failure to comply with court orders and failure to prosecute her claims.

**SO ORDERED** on this **25th day** of **October, 2018.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1